IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Bernique Abiakam  Date: November 10, 2009
Court Reporter: Gwen Daniel

**Criminal Action No.: 07-cr-00188-WDM-09**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell |
| Plaintiff, | |
| vs. | |
| 9.   JOSE HERNANDEZ, | Donald Lozow |
| Defendant. | |

## COURTROOM MINUTES

Hearing:     SENTENCING

**3:07 p.m.**     Court in session.

Court calls case.  Appearances of counsel.  Defendant present in custody.

Defendant was found guilty on September 17, 2008.

Defendant entered his plea on **September 17, 2008** to Count One of the Second Superseding Indictment.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

3:13 p.m.     Bench conference.
*(3:18 p.m.     Open Court)*

*07-cr-00188-WDM-09*
*Sentencing*
*November 10, 2009*

**3:18 p.m.**     Statement by Olga Hernandez, sister of the Defendant.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**   Government's Motion Pursuant To 18 U.S.C. §3553(e) and §5K1.1 For Downward Departure Based On substantial Assistance (Filed 9/30/09; Doc. No. 1131) is GRANTED

**ORDERED:**   Defendant shall be **imprisoned** for **60 months**.

Court RECOMMENDS that the Bureau of Prisons place the defendant at Englewood.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5 years**.

**ORDERED:**   **Conditions** of Supervised Release that:
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with standard conditions that have been adopted by the Court.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**   **Special Condition** of Supervised Release that:
- (X)   Defendant shall participate complete the literacy program as directed by the probation officer.

**ORDERED:**   Defendant shall pay **$100 (** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

*07-cr-00188-WDM-09*
*Sentencing*
*November 10, 2009*

**ORDERED:** **Government's Motion To Dismiss Remaining Counts Of The Second Superseding Indictment (Filed 11/9/09; Doc. No. 1156) is GRANTED.**

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

3:45 p.m.    Court in recess.
Hearing concluded
Total time in court: 38 minutes